# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HEALTHCARE STRATEGIES, INC., Plan Administrator of the Healthcare Strategies, Inc. 401(k) Plan and the Healthcare Strategies, Inc. CBU 401(k) Plan, On Behalf of Itself and All Others Similarly Situated, | : <br> : No. 3:11-cv-00282 (WGY) <br> : <br> : <br> : <br> : |
| and | : |
| The DEROSA CORPORATION, Plan Administrator of The DeRosa Corporation 401K PS Plan, On Behalf of Itself and All Others Similarly Situated, | : <br> : <br> : <br> : |
| Plaintiffs, | : |
| vs. | : |
| ING LIFE INSURANCE AND ANNUITY COMPANY, | : <br> : |
| Defendant. | : May ~~April~~ 30, 2014 |

## ORDER PRELIMINARILY APPROVING SETTLEMENT
## AND APPROVING FORM AND MANNER OF NOTICE

WHEREAS, the above-titled certified nationwide class action is pending before the Court; and

WHEREAS, Healthcare Strategies, Inc. ("HSI") and The DeRosa Corporation ("TDC")(collectively, "Plaintiffs"), on behalf of themselves and the Members of the Settlement Class in the Action, and, Defendant, ING Life Insurance & Annuity Co. ("Defendant" or "ILIAC"), have entered into a Settlement Agreement and Release dated as of April 10, 2014 (the "Agreement"),[1] which is subject to review and approval under Rule 23 of the Federal Rules of

---

[1] Capitalized terms have the same meaning as they do in the Settlement Agreement.

Civil Procedure ("Fed. R. Civ. P.") and which, together with the exhibits thereto, sets forth the terms and conditions for the proposed Settlement of the Action and the dismissal of the Action with prejudice; and the Court, having read and considered the Agreement and the accompanying documents; and the parties to the Agreement, having consented to entry of this Order; and all capitalized terms used herein, having the same meanings set forth in the Agreement;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. The terms of the Agreement, and the Settlement provided for therein, are preliminarily approved as fair, reasonable and adequate.

2. The Court approves, in form and content, the Long Form Notice and the Published Notice annexed as Exhibits A and C, respectively, to the Agreement, and finds that the dissemination, mailing and Internet posting of the Long Form Notice and the publication of the Published Notice in the form set forth in Exhibits A and C to the Agreement and as set forth herein, meets the requirements of Rule 23 of the Federal Rules of Civil Procedure, due process, and the Rules of this Court, and is the best notice practicable under the circumstances and shall constitute due and sufficient notice to all persons entitled thereto.

3. Strategic Claims Services is hereby appointed Settlement Administrator to supervise and administer the notice process, as well as to oversee the administration of the Settlement, as more fully set forth in the Agreement.

4. The Settlement Administrator may proceed with the distribution of the class notices as follows:

    (a) Within thirty (30) days of the entry of this Order, the Settlement Administrator shall send the Long Form Notice in accordance with Section 2.2 of the Agreement.

(b) Within thirty (30) days of the entry of this Order, and at least one (1) day after the first date on which the Long Form Notice is mailed, the Settlement Administrator shall cause to be published a summary class notice as set forth in paragraph 2.3 of the Agreement and in the form set forth in Exhibit C to the Agreement.

5. Any Class Member may request exclusion from the Settlement Class by expressly stating its request in a written exclusion request (the "Exclusion Request"). Exclusion Requests must be received by the Settlement Administrator by September 3, 2014, which is fourteen (14) days prior to the Final Approval Hearing.

6. Any Member of the Settlement Class who objects to any aspect of the Agreement or the amount of the attorneys' fees and costs that Plaintiffs' Counsel have indicated they intend to seek, may do so, either personally or through an attorney, by filing a written notice of objection, together with any supporting written or documentary materials with the Clerk of the Court on or before 9/3/2014, which is fourteen (14) days prior to the Final Approval Hearing.

7. Pending the final determination of the fairness, reasonableness, and adequacy of the proposed Settlement, no Class Member may, either directly, representatively, or in any other capacity, prosecute, institute, or commence any individual, class, or other action with respect to the Released Claims against any of the Released Parties.

8. The Court reserves the right to approve the Settlement with such modification(s) as may be agreed to by the Parties and without further notice to Members of the Class. The Parties shall be permitted to make any non-substantive corrections or changes to the notices to the Class and other Settlement documents without seeking further approval of the Court.

9. All papers in support of the Settlement shall be filed with the Court and served on

or before [date] 8/27/14 (twenty-one (21) days before the Final Approval Hearing) and responses to any objections thereto shall be filed with the Court and served on or before [date] 9/10/2014 (seven (7) days before the Final Approval Hearing).

10. A hearing (the "Final Approval Hearing"), pursuant to Fed. R. Civ. P. 23(e), shall be held before the Court on ~~August~~ September 17, 2014, at 2:00 p.m. in Courtroom [18] of the United States District Court for the District of Massachusetts, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, 5th Floor, Courtroom 18, Boston, Massachusetts 02210 (or at such adjourned time or times as the Court may without further notice direct) to:

(a) determine whether the terms of the Agreement and the proposed Settlement provided for therein are fair, reasonable, adequate and in the best interests of the Class and should be approved by the Court;

(b) determine whether the proposed Plan of Allocation for distributing the Settlement proceeds among Class Members should be approved by the Court;

(c) consider the applications for attorneys' fees, costs, and Case Contribution Fees; and

(d) hear and rule upon such other matters as the Court may deem appropriate.

DATED: May 30, 2014        William G. Young
                           THE HONORABLE WILLIAM G. YOUNG
                           UNITED STATES DISTRICT JUDGE

4