IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HEALTHCARE STRATEGIES, INC., Plan Administrator of the Healthcare Strategies, Inc. 401(k) Plan and the Healthcare Strategies, Inc. CBU 401(k) Plan, On Behalf of Itself and All Others Similarly Situated, <br><br> and <br><br> The DEROSA CORPORATION, Plan Administrator of The DeRosa Corporation 401K PS Plan, On Behalf of Itself and All Others Similarly Situated, <br><br>          Plaintiffs, <br> vs. <br><br> ING LIFE INSURANCE AND ANNUITY COMPANY, <br><br>          Defendant. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>No. 3:11-cv-00282 (WGY) <br><br><br><br><br> August 27, 2014 |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT**

Plaintiffs, Healthcare Strategies, Inc. ("HSI") and The DeRosa Corporation ("TDC") (collectively, "Plaintiffs"), on behalf of themselves and the Class certified in this case, respectfully submit this Motion for Final Approval of Settlement with Defendant, ING Life Insurance and Annuity Company ("Defendant" or "ILIAC" or "ING"). For the reasons stated in the accompanying Memorandum of Law and as detailed in the accompanying Settlement Agreement, Plaintiffs respectfully submit that the proposed settlement ("Settlement") is fair, reasonable and adequate, and should be granted final approval so that benefits can be provided to the Class. The Settlement is the product of protracted, arm's-length negotiations between counsel for the Class and Defendant, all of whom have significant experience in matters arising

under the Employee Retirement Income Security Act, 29 U.S.C. § 1001, *et seq.*, and who are well informed regarding all of the issues in this case, based upon the comprehensive manner in which this action was litigated by both sides. To date, there have been only three (3) requests for exclusion from the Settlement (less than .009% of the Class). Accordingly, Plaintiffs respectfully request that the Court finally approve the Settlement. As indicated in the accompanying Memorandum of Law, Plaintiffs will submit a proposed Final Approval Order in connection with their Supplemental Submission that will be filed on or before September 10, 2014, after the deadline for requests for exclusions and objections expires on September 3, 2014. Plaintiffs stand ready to provide any additional information that the Court may require in connection with its consideration of this Motion and look forward to appearing at the Final Approval Hearing on September 24, 2014.

Dated: August 27, 2014               Respectfully submitted,


/s/ Laurie Rubinow
James E. Miller  (ct21560)
Laurie Rubinow (ct27243)
Karen M. Leser-Grenon (ct23587)
SHEPHERD, FINKELMAN, MILLER
  & SHAH, LLP
65 Main Street
Chester, Connecticut  06412
Telephone: (860) 526-1100
Facsimile:  (866) 300-7367
E-mail:  jmiller@sfmslaw.com
             lrubinow@sfmslaw.com
             kleser@sfmslaw.com

        Scott R. Shepherd
        James C. Shah
        Eric L. Young
        Shepherd, Finkelman, Miller & Shah, LLP
        35 East State St.
        Media, Pennsylvania 19063
        Telephone: (610) 891-9880
        Facsimile:  (866) 300-7367
        Email: sshepherd@sfmslaw.com
               jshah@sfmslaw.com
               eyoung@sfmslaw.com

        Rose F. Luzon
        Kolin C. Tang
        Shepherd, Finkelman, Miller & Shah, LLP
        401 West A St., Suite 2350
        San Diego, California 92101
        Telephone: (619) 235-2416
        Facsimile:  (866) 300-7367
        Email: rluzon@sfmslaw.com
               ktang@sfmslaw.com

        ***Attorneys for Plaintiffs and the Class***

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2014, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

I also hereby certify that a complete, duplicate copy of the foregoing document has been forwarded directly to the Honorable William G. Young in Boston, Massachusetts c/o Judge Young's Deputy Clerk, Jennifer Gaudet, for delivery on August 29, 2014, and addressed as follows:

<u>Via Overnight Delivery</u>
Jennifer Gaudet, Deputy Clerk
United States District Court
for the District of Massachusetts
Clerk's Office, Suite 2300
1 Courthouse Way
Boston, MA 02210

/s/ Laurie Rubinow
Karen M. Leser-Grenon (ct23587)
Shepherd Finkelman Miller & Shah, LLP
65 Main Street
Chester, CT  06412
Telephone: (860) 526-1100
Facsimile: (866) 300-7367
E-mail: lrubinow@sfmslaw.com